JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA Z. SANCHEZ,<br>        Plaintiff,<br>   v.<br>DEUTSCHE BANK NATIONAL<br>TRUST COMPANY, et al.,<br>        Defendants. | Case No. EDCV 09-1873VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated: May 27, 2010

                                  VIRGINIA A. PHILLIPS
                              United States District Judge